Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                      Case No.: 17−30501−MBK
                      Chapter: 7
                      Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Christine Porchetta
    aka Chris Porchetta, aka Christina
    Porchetta
    43 Hillcrest Road
    Martinsville, NJ 08836

Social Security No.:
    xxx−xx−2509

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/25/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 25, 2017
JAN: wir

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 17-30501-MBK
Christine Porchetta  Chapter 7
  Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 1  Date Rcvd: Oct 25, 2017
  Form ID: 148  Total Noticed: 9

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2017.
db             +Christine Porchetta,    43 Hillcrest Road,    Martinsville, NJ 08836-2335
517113064      +KML Law Group,    216 Haddon Avenue,    Ste 406,    Westmont, NJ 08108-2812
517113065      +Mr. Cooper,    8950 Cypress Water Blue,    Coppell, TX 75019-4620
517113066      +Mr. Cooper,    Attn. Customer Service,    P.O. Box 619098,    Dallas, TX 75261-9098
517113068     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:     State of New Jersey,    Division of Taxation,    P.O. Box 245,
                 Trenton, NJ 08695-0245)
517113069      +Vision Construction,    P.O. Box 261,    Brookside, NJ 07926-0261
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 25 2017 22:30:39      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 25 2017 22:30:37       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517113063       EDI: IRS.COM Oct 25 2017 22:23:00      Internal Revenue Service,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517113067      Nicola Porchetta
                                                                                               TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2017  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2017 at the address(es) listed below:
              Andrea   Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
              Joseph   Casello    on behalf of Debtor Christine  Porchetta jcasello@cvclaw.net,
               jcasello627@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION et. al
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 4
```